United States District Court
Southern District of Texas
**ENTERED**
November 14, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:12-CR-00732-4 |
| § | |
| EDWARD GRAHAM § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  FCC Oakdale II, 2105 East Whatley Road, Oakdale, LA 71463

TO:  United States Marshal, Southern District of Texas or any other duly authorized United States Marshal.

You are hereby **ORDERED** to deliver inmate EDWARD GRAHAM (USMS #73140-279), on or before **December 18, 2019**, into the custody of the United States Marshal for the Southern District of Texas for his appearance before U. S. District Judge Kenneth M. Hoyt, 515 Rusk, Courtroom 11-A, Houston, Texas on **January 8, 2020 at 9:30 a.m.** Said inmate shall remain in the custody of the United States Marshal during hours of Court, until the matter is concluded. At such time, the inmate will be returned to your custody to release EDWARD GRAHAM to the custody of FCC Oakdale II, 2105 East Whatley Road, Oakdale, LA 71463.

It is so ORDERED.

SIGNED on this 13th day of November, 2019.

_____
Kenneth M. Hoyt
United States District Judge